IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01637-MSK-MJW

STEVEN L. SAARELA, JR., on behalf of himself and all similarly situated persons,

Plaintiff,

v.

UNION COLONY PROTECTIVE SERVICES, INC., a Colorado corporation,

Defendant

## EXHIBIT C TO:

**PLAINTIFF'S RENEWED MOTION FOR APPROVAL
OF *HOFFMAN-LAROCHE* NOTICE**

**Subject:** Union Colony
**From:** Brian Gonzales <BGonzales@ColoradoWageLaw.com>
**Date:** 1/23/2014 7:58 PM
**To:** Steve Francis <sfrancis@stevenfrancislaw.com>

Steve -

There seems to be a disconnect here in that our clients have competing versions of the truth. Mr. Saarela's paystubs clearly show he was not paid overtime and, for a variety of reasons, Mr. Wright's explanation makes no sense. Would your client be willing to provide names and telephone numbers for its current and former security guard employees over the last 3 years so that I can call a few and see what they say? If they confirm they were paid overtime, then there is no need to provide notice and we can just proceed with Mr. Saarela's individual case. That would be the most efficient and least expensive way to handle this. Let me know your thoughts.

- Brian

--
Brian D. Gonzales
The Law Offices of Brian D. Gonzales, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado 80524
Telephone: 970-212-4665
www.ColoradoWageLaw.com